

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-13-00566-CV

Style:           In the Interest of I.T.S. aka B.G.H., a child

Date motion filed*:           September 6, 2013

Type of motion:           Unopposed motion to supplement reporter's record for inclusion in record on appeal

Party filing motion:           Appellant

Document to be filed:           Supplemental record

Is appeal accelerated?      Yes

If motion to extend time:
     Original due date:
     Number of previous extensions granted:           Current Due date:
     Date Requested:

Ordered that motion is:

☐      Granted

          If document is to be filed, document due:

          ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☑      Dismissed as moot

☐      Other: _____

   A CD containing medical records was filed with this Court on August 29, 2013. A reporter's record of the May 1, 2013 pre-trial proceeding was filed with this Court on September 17, 2013. Accordingly, we dismiss appellant's motion as moot.

Judge's signature:   /s/ Jane Bland
          ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: September 19, 2013